FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
07/19/2022
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.

DELBERT SGAGGIO

And

Absolute Natural Rights

Plaintiff,

v.

PHIL WEISER COLORADO ATTORNEY GENERAL

Defenda

---

## COMPLAINT

---

Pro Se I Delbert Sgaggio respectfully brings the following complaint.

## **Introduction**

I am a journalist, 1st Amendment activists, self proclaimed Police accountability expert, spiritual guide, Constitutional alchemist, quantum mechanic and cofounder of an Indigenous House of worship in Colorado Springs.  Above all else I am an American, who has been brought here by the Universe to protect the Constitutional Republic.

The world we live in becomes crazier by the minute.  Advances in technology mainly smart phones, have intertwined media and data with our everyday lives. Information flows freely and effortlessly, we are living in an Enlighted time.  But also a violent time, Mass shooting at schools and churches have become disgustingly common. Its very clear when it comes to Self Defense, hoping the police will save you is not an Option.



Surveillance footage from Robb Elementary School in Uvalde, Texas, shows officers retreating from gunfire and waiting for 77 minutes before confronting the gunman. The delayed police response has been widely criticized and is under investigation.
The New York Times

1

**PARTIES**

---

Delbert Sgaggio is a citizen of the United States and State of Colorado. Delbert Sgaggio was born on the Airforce Academy, he is a native of Colorado Springs and the State of Colorado. Mr. Sgaggio had been a resident of Colorado his entire life.

Phil Weiser was and is the Attorney General of Colorado, and is a resident of Colorado during the relevant times of this complaint.

## JURISDICTION AND VENUE

This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1441. This action is authorized and instituted pursuant to 42 U.S.C. § 1983. Venue is proper in the District of Colorado pursuant to 28 U.S.C. § 1391(b).

## FACTUAL ALLEGATIONS

I am able to purchase firearms. I am not a felon, and I have never been charged with a domestic violence. I have no mental defects, that would deem me a danger to my self or others.  I have lived in Colorado Springs my entire life.

### Absolute Natural Rights

I had noticed that crime was rising, and police were unwilling to help me when I called. A homeless man was throwing rocks at the front glass door of our house of worship. When I told him to stop he told me "I will Torch that mutha fucker, Ill burn that bitch to the ground". Knowing the threat could be consider a hate crime I called 911.  Cops show up for 5 minutes , would not make contact with the homeless Guy, who made the threat, and would not make

3

contact with me, and then police left.   The same homeless man came back years later and kicked a hole in our wall. At this time lots, of home invasions videos, were being shown on you tube. I have also lived through a home invasion so has my oldest son.  I also owned at least 10 Colorado licensed businesses at the time. I have had to deal with 22 burglaries, and 4 armed robberies. Colorado Springs police never did anything for us. Denver police did solve an armed robbery and a burglary at our Denver location.


Absolute Natural Rights Is a nonprofit corporation that was formed on 3/11/2019 by me as an as a tool, instrument, that I would use to fight unconstitutional laws that were being applied against We The People.  At the time I had planned to put on the ballot a constitutional self-defense bill. I began to calculate how much money I would have to raise to get signatures, I would need to place it on the ballot, and put it to a vote of the people.  This way the voice of WE The People could be heard.   This would restore the rights to Coloradoans. Magazine restrictions severely impact our communities natural right to self-defense. As I said I am connected with the Universe, and it seems that the Supreme Court has done most of the heavy lifting. The intention of the nonprofit Absolute Natural Rights was and is to remove the 15 round magazine band. It is destiny that this nonprofit corporation, which is recognized as an individual under federal law, is a party in this redress to the government. Absolute Natural Right or ANR for short was registered with the Colorado Secretary of state, and is in Good Standing. At the time of the formation of ANR I also registered it with the IRS. ANR has received no money donations during its entire existence. ANR has no Lawyers, staff, or money.  But ANR does have two bad

ass logos, and an Angry Gook Named Delbert Sgaggio running it, AKA the Constitutional Vato.



## **MY SINCERELY HELD SPIRITUAL BELIEFS**

Growing up my mother was a devout Catholic, she would bring flowers to Saint Mary's cathedral every weekend. I would usually helper with this since she had arthritis and the vases and flowers were heavy. However I lost my faith at an early age. I grew up in the deadliest neighborhood in Colorado. Between gang violence, constant police intimidation, harassment and racism, I ask myself if there is a god why would he let us live like this. Watching my father deal with alcoholism, demons and depression resulting from his service in both Vietnam and Korea broke my heart daily.  I watch the 1994 crime bill destroy my community. I watch children grow up with no fathers. I seen families destroyed, as well as my community. It seemed as if almost everyone, I knew was being sent to prison. Some had over 5 grams of crack. Some had Firearms, Some had both. Federal sentences were being handed out like candy.  During these times I did not believe in God, and I was not afraid of the Devil. Simply put I felt I was living in a hell on earth. So why the hell, would the threats of going to hell scare me.

I began to study spirituality because of my wife. My wife is indigenous. Both of her grandmothers were Native American healers who used plants as medicine. My wife has studied in Central America and is a Mayan Priestess. My Spiritual practice, as well as the founding of our Indigenous House of worship is a sincerely held spiritual belief of mine.  My spirituality also became stronger when I found out that it is based on quantum physics, and governed by the rules of karma.

I'm already considered under the constitution to be part of a protected class under the 14th amendment since I am Asian. My practicing of spirituality also puts me in a minority group, since the majority of the individuals in Colorado Springs are white Christians. It is common sense that without the protections of the Constitution the practicing of my spirituality could not take place.  Indeed the government has a history of targeting non-Christian Indigenous Americans.  The Spiritual activity of Ghost dancing, scared the U.S. Government, and went hand and hand with Gun Control, that targeted Native Americans. The History and Tradition of Gun Control in America is based off of Racism.

*In the following excerpt from* God's Red Son: The Ghost Dance Religion and the Making of Modern America

> So it was that on December 28 a starving band of Ghost Dancers who had fled their homes on Cheyenne River Reservation surrendered to Colonel James Forsyth's Seventh Cavalry at Wounded Knee Creek. The next morning troops upended Sioux lodges in a

hunt for weapons. Two soldiers were attempting to seize a weapon from a Lakota man when it discharged. No one was hurt, but it did not matter. The ranks of soldiers opened fire. With four rapid-fire Hotchkiss guns on the edges of the ravine, Custer's old regiment loosed an exploding shell nearly every second from each of the big guns—and a fusillade of rifle and pistol fire besides—into the mass of mostly unarmed villagers below. Indian men who were not instantly cut down did their best to fend off the troops with a few guns, some knives, rocks, and their bare hands as the ranks of women, children and old people fled up the creek.

I can go on and Quote history for days, it has always been a government agenda, to first disarm and then to engage in Genocide, is the true history of Gun Control.

National Socialists had nothing to do with these firearms confiscations, but once in office, it suited them that Germany's laws left decisions concerning gun ownership to the administrative discretion of police or military authorities. The Nazis made only two important changes to the Weapons Law that was in place when they came to power. First, they forbade Jews from owning guns or any other weapon. Second, they exempted members of the Sturmabteilung (SA) and many Nazi party officials from the law's strictures.[2]

---

[2] Weapons Law §§ 12, 18 & 19 (Mar. 18, 1938) exempting "[m]embers of the SS-Reserves and the SS Deathshead Units"; numerous Nazi Party officials; officers in the Hitler Youth movement, the S.A., and the SS; and Nazi Party Departments authorized by the Ftlhrer's Deputy to carry arms. See JAY SIMKIN ET AL., LETHAL LAWS 165, 167 (1995).

Furthermore, restrictions on ammunition also have an intricate part in genocide and gun control

> The Darfuris are Muslims, but like the majority of Sudan's population, they are black Africans, in contrast to the Arabs who control the government.

> The foundation of Sudan's genocide is, as with almost every other genocide in world history, the disarmament of the victims.

> In Sudan, it is virtually impossible for an average citizen to lawfully acquire and possess the means for self-defense. According to the national gun-control statutes, a gun licensee must be over 30 years of age, must have a specified social and economic status, and must be examined physically by a doctor. Females have even more difficulty meeting these requirements because of social and occupational limitations.

> When these restrictions are finally overcome, there are additional restrictions on the amount of ammunition one may possess, making it nearly impossible for a law-abiding gun owner to achieve proficiency with firearms. A handgun owner, for example, can only purchase 15 rounds of ammunition a year. The penalties for violation of Sudan's firearms laws are severe, and can include capital punishment.

> The practical application of the gun laws is different. If you are someone the government wants to slaughter--such as all the black Africans of southern and western Sudan, regardless of their religion--then you are absolutely forbidden to possess a firearm. A U.S. Department of State document notes: "After President Bashir seized power in 1989,

the new government disarmed non-Arab ethnic groups but allowed politically loyal Arab allies to keep their weapons."

So with the black villagers disarmed--thanks to Sudan's strict gun laws--and the Arab gangs well-armed (thanks to the government), the stage was set for genocide. Typically, the mounted Arab gangs would attack a village on the ground, while the Sudanese military provided air support and bombed the village. [3]

I have just given you three historical, and traditional examples of how, gun control is used to target those, who have different who have different ethnic or racial background and or religious beliefs,   the  results are Genocide.

It is my sincerely held spiritual belief that, I have the right to self-defense and to also defend those who practice spirituality with me. It is also my sincerely held spiritual belief that firearms are necessary for this, and that any type of magazine restrictions, would put me at a tactical disadvantage and violate my fundamental right to self-defense.

It is also my sincerely held spiritual belief that I must defend the Constitution, and the Constitutional Republic.  This is fundamentally important so that my children who are minorities can live free with liberty. It is also required so that I myself and others can continue to practice are indigenous spirituality.

---

[3] https://davekopel.org/2A/Foreign/gun-bans-and-genocide.htm

## **History of LCM ban in Colorado**

On July 20, 2012, a gunman shot and killed 12 people – and injured dozens more – in an **Aurora** movie theater. The gunman used a magazine that held **100 rounds** of ammunition.

A year after the Aurora Theater Shooting, Gov. John Hickenlooper signed House Bill 13-1224 limiting magazines to **15 rounds**. Lawmakers – including Senate Democrat Sen. Rhonda Fields – meant to prevent further **mass shootings** and promote public safety through gun control. The **new law** was also supported by Attorney General Phil Weiser.

Colorado Revised Statutes Title 18. Criminal Code § 18-12-302. Large-capacity magazines prohibited--penalties—exceptions

(1)(a)  Except as otherwise provided in this section, on and after July 1, 2013, a person who sells, transfers, or possesses a large-capacity magazine commits a class 2 misdemeanor.

(b)  Any person who violates this subsection (1) after having been convicted of a prior violation of said subsection (1) commits a class 1 misdemeanor.

(c)  Any person who violates this subsection (1) commits a class 6 felony if the person possessed a large-capacity magazine during the commission of a felony or any crime of violence, as defined in section 18-1.3-406 .

(2)(a)  A person may possess a large-capacity magazine if he or she:

(I)  Owns the large-capacity magazine on July 1, 2013;  and

(II)  Maintains continuous possession of the large-capacity magazine.

(b)  If a person who is alleged to have violated subsection (1) of this section asserts that he or she is permitted to legally possess a large-capacity magazine pursuant to paragraph (a) of this subsection (2), the prosecution has the burden of proof to refute the assertion.

(3)  The offense described in subsection (1) of this section shall not apply to:

(a)  An entity, or any employee thereof engaged in his or her employment duties, that manufactures large-capacity magazines within Colorado exclusively for transfer to, or any licensed gun dealer, as defined in section 18-12-506(6) , or any employee thereof engaged in his or her official employment duties, that sells large-capacity magazines exclusively to:

(I)  A branch of the armed forces of the United States;

(II)  A department, agency, or political subdivision of the state of Colorado, or of any other state, or of the United States government;

(III)  A firearms retailer for the purpose of firearms sales conducted outside the state;

(IV)  A foreign national government that has been approved for such transfers by the United States government;  or

(V)  An out-of-state transferee who may legally possess a large-capacity magazine;  or

(b)  An employee of any of the following agencies who bears a firearm in the course of his or her official duties:

(I)  A branch of the armed forces of the United States;  or

(II)  A department, agency, or political subdivision of the state of Colorado, or of any other state, or of the United States government; or

(c)  A person who possesses the magazine for the sole purpose of transporting the magazine to an out-of-state entity on behalf of a manufacturer of large-capacity magazines within Colorado.

**Colorado Revised Statutes Title 18. Criminal Code § 18-12-302. Large-capacity magazines prohibited--penalties—exceptions,** is unconstitutional and in direct conflict With Clearly establish law, NEW YORK STATE RIFLE & PISTOL ASSOCIATION,INC., ET AL. v. BRUEN, SUPERINTENDENT OF NEW YORK STATE POLICE, ET AL

I am going to Tell Mr. Weiser respectfully in the Kings English in very simple terms. That the Magazine is part of a Firearm, therefore The Magazine gets the same protection as that Firearm. By banning a specific styled Magazine you have violated my Fundamental 2nd Amendment Right.

Furthermore there are millions, upon millions of magazines, that hold over 15 rounds in current use by the general law abiding public. Making these magazines commonly used and protected by the 2nd amendment.

### Gunlaws are passed in Colorado based on lies, they are racist, and affect other fundamental rights.

Exhibit 3 is "The Racist Origins of US Gun Control" is 12 pages that shows the History of Racists gun laws.

Indeed Gunlaws have always been used for a white supremacy agenda. Any pushing these laws are racist. Yes I am calling you a racist Phil Weiser.

I have a sincerely held spiritual belief that I must fight racism. I must make light of the lies, of the White Supremacist agenda, that our Attorney general, Law Makers and Douglas County Sheriff engaged in when they did successfully pass  13-14.5-103. Temporary extreme risk protection orders.

13-14.5-101. Short title. THE SHORT TITLE OF THIS ARTICLE 14.5 IS THE "DEPUTY ZACKARI PARRISH III VIOLENCE PREVENTION ACT".

They named it after Zackari Parrish a Douglas County deputy who was killed when he had a conflict with a veteran named Matthew Riehl.

Deputy Spurlock used a video editor and provides a false Narrative and stated that his Deputies were Ambushed, that was a lie.

My non profit Absolute Natural Rights wrote an extensive report on the whole situation. (Exhibit A)

After reviewing large amounts of media, the death investigation written by Douglas County Detectives 106 page report, (Exhibit B) and body camera video.

The following memes, I posted on Douglas County Sheriff's Office Facebook page.  They were removed.



I lied to the media. I gave a false narrative. I knew that I violated Matthew Riehl 1st, 4th, 5th and 14th Amendment rights. Matthew never broke the law. We didn't like his speech so, we attempted to seize him without due process and illegally entered his home.  The red flag bill will allow us to commit this kind of violent home invasion on your Mother,Father,Girlfriend anyone we choose.



They labeled me a threat to law-enforcement when my words hurt their feelings.

When I no longer wish to talk to the deputies, I invoke my Fifth Amendment right.

I then close my door and invoked my fourth amendment right.

They committed a violent home invasion because I stood on my Constitution. I pray the truth comes out.



I broke no laws. In the 108 page DCSO report there was not one viable threat. On DCSO body cam and periscope footage not one threat. I never ambushed DCSO I was a victim of a violent home invasion. I had a right to self-defense under the Constitution Etc. Tony Spurlock lied about everything that happened to me. Tony Spurlock is responsible for mine and Deputy Parrish's death.

Facebook

I put the following on the record for multiple reasons.

First it is extremely racist to murder a minority because of speech and violate his rights.  Its also racist to run a false narrative, make the white cop who is a murder, look like a victim, and then pass unconstitutional gun laws off of those lies.  Phil Wiser the AG should have investigated, instead he added it to his pile of propaganda and continued the false narrative so he could pass more racist, unconstitutional red flag gunlaws. The truth is the Matthew Riehl had the right to

kill Deputy Parish, it was his right under the 2nd Amendment and current Federal law. I am showing a history of Abuse in Colorado by the Government and Law Enforcement.

Second to show the court Americans are in real danger, of being killed by their government. Matthew Riehl was killed because of his First Amendment activity. This is very similar to the police accountability that I partake in. The government was then able to cover it up, and use it as a propaganda tool, to pass more racist and unconstitutional gun laws. It should also be noted that Mr. Riehl was killed with a fully automatic weapon, this can be confirmed in (Exhibit B).  I am willing to go into any court, any event, any press conference, in front of all the media and show that Matthew Riehl was murdered by Douglas County Sheriff's Department that Deputy Parish is not a hero. By limiting my magazine capacity, and not limiting the magazine capacity of the government, you violate my right to self Defense and my sincerely spiritual held beliefs, that I have the right to Self Defense.

### Spiritual work as a Gang councilor.

I under stand gang culture very well, I'm 46 years old and CSPD still has me on a gang list. Being an older individual I know gangs only lead to death, prison and drug addiction.  I have a ridiculously large family in Pueblo Colorado. I love my family very very much. I work with my family and other gang youth so that these youngsters, will not ruin their lives and throw away

their futures. It is impossible to tell them to leave the gang. You re in it for life.  Suggesting that

someone leave the gang, will get these kids, and my young family members killed. So I try to

teach them stay away from drugs and alcohol. I tried to get them to stay in the house. Play video

games and just chill. I talked to them about careers. Opening their own businesses. And other

ways that they could become successful in life. I try to find all of the youth, I council jobs. I got a

couple lines, that I tell the youth. "It's hard to get in trouble when you're at work"  and  "A good

job is the key to Happiness" The youth is very impressionable, and many of the youth in Pueblo

have no role models.

I also teach them gun safety. That you can buy guns legally, and not to buy them off the streets. I

teach them to not, get put into the system and lose your rights. I teach them self-defense laws.

This is very important to me. My Father did a lot to keep the Constitutional Republic intact, he

was part of the  intelligence community. I was taught gun safety at a very young age. I was also

taught if I break the law, I will lose my gun rights. I believe this is one of the reasons I never got

in trouble. I always planned to join the Air Force, and I knew if I got a felony that would not

happen. I also knew if I got a Felony, I would not be allowed to own a gun.

Also understand, I council younger gang members. I will find older gang members jobs, but

usually they are set in their ways. Lots of older gang members do not like what I am doing. They

usually use the little homies to do the dirt. If I make these young individuals successful, they

might not necessarily leave the gang. However they will be at work, and not doing gang related

activities. I have also been successful with getting individuals to move out of Pueblo, where gang

violence and drug abuse is a lot more concentrated and intense.  I try to get them in the construction field. Once they start making good money, and work more they can,  ease there way out of Gang life. Working more and Feeding you kids is an excepted way, to get away from the gang life style. "I can't hang out today, I gotta go to work, Baby Ma Ma is trippen, and I gotta feed these kids". This is how, I try to save the children.

**Gang Members are also targeting me.**



Pictured above is Kyree Davon Howard-Walker. He broke into my house with another Crip

gang member. I caught him on video, went to the media, put up a reward, and testified. The

lead Detective even told me "You did all the work and you caught him". The work I did, got

him a 13year sentence. However he was released early because, Applying that standard, the

supreme court then concludes that the cumulative prejudicial effect of various trial errors

deprived the defendant of a fair trial. Accordingly, the supreme court reverses the judgment

of conviction and remands for a new trial.

The D.A. never tried him again. They released him and never told me. When he got out he murdered 3 people , and gravely injured one. I feel the D.A. should have told me.

Also during the robbery on my house it was discovered that the Mexican Cartel was also trying to kidnap me. Specifically the Juarez Cartel.

None of these Gang members care about gun laws. Most are felons. The magazine ban only affects law abiding citizens like me.

## CLAIM ONE

### 42 U.S.C. § 1983 – Second Amendment and 14th Amendment.

I hereby incorporate all other paragraphs of this Complaint as if fully set forth herein.

At all times relevant to this Complaint, Phil Weiser was acting under the color of law.

Colorado Revised Statutes Title 18. Criminal Code § 18-12-302. Large-capacity magazines prohibited--penalties--exceptions

(1)(a)  Except as otherwise provided in this section, on and after July 1, 2013, a person who sells, transfers, or possesses a large-capacity magazine commits a class 2 misdemeanor.

This criminal code is unconstitutional and a violation of my Fundamental Second amendment right.

Without protection of the components that render a firearm operable, the Second Amendment would be meaningless.

A magazine is a "Bearable Arms" under Heller.

Magazines that hold over 15 rounds  are "typically possessed by law-abiding citizens for lawful purposes." Heller, 554 U.S. at 625 they are not dangerous or unusual.

Looking at the historical record, large-capacity magazines are clear modern-day equivalents of arms in common use by the incorporation of the Second Amendment and are, thus, entitled to constitutional protection.

The first known firearm capable of firing more than ten rounds without reloading was a 16-shooter invented in 1580, this shows both History and Tradition.

## CLAIM two

### 42 U.S.C. § 1983 – First Amendment

### Free Exercise

**It is my sincerely held spiritual belief that I have the right to self-defense.**

I hereby incorporate all other paragraphs of this Complaint as if fully set forth herein.

At all times relevant to this Complaint, Phil Weiser was acting under the color of law.

Colorado Revised Statutes Title 18. Criminal Code § 18-12-302 violates my sincerely held spiritual belief.

It restricts the tools and instruments, I may use to defend myself, my family, my House of worship and most importantly the Constitutional Republic.

The denial of Magazines do impede my enjoyment of my spiritual activities, specifically my counseling of Gang youth.

I feel I been put here to make a difference in this world.  Nobody helps the youth, they are in Gangs, because literally they have no one.

More than likely if I am attacked, it will be by multiple gang members.

A quick google search "Gang members caught with guns in California"  pulled up the following

images.  California law limits magazine capacity to 10.







To restrict my self-defense capability to 15 rounds is literally a death sentence to me and the children I counsel.

It is impossible for me to feel safe, and be Spiritually Enlighted knowing that both the criminals and the government have me outgunned.

My number one rule in life is to never lose a gun fight. This is self-explanatory.

**Prayer for Relief**

I'm not looking for any monetary compensation. I am asking that you grant my motion for a preliminary injunction. I am here to protect the Constitutional Republic and ensure they're my children experience both freedom and liberty.

**Prayer to the Universe.**

I pray that Matthew Riehl's family learns the truth. I pray that Matthew Riehl is able to rest in peace. I pray that, I will be place on a large platform, such as the Joe Rogen show, so I can expose those who murdered Matthew Riehl and the agenda they used to pass more Racist Gun laws. I Pray that the universe will help me with this task. I am Grateful for the Constitutional Republic (I believe we can keep it). I am grateful for the sacrifices our forefathers and the framers made. I am grateful for my natural rights and the Supreme Court recognizing my right to self-defense. Most of all I am grateful for a living breathing CONSTITUTION, a tool, an

instrument, an iron clad contract to fight tyranny. I manifest this, I share this throughout the Universe, for this is the way.



*The Flesh is Gone, But the Energy is Forever. Indigenous Spirituality.*

Dated 7/19/2022

Delbert Sgaggio I am the EAGLE

5219 Constitution Ave

Colorado Springs, Colorado 80915

Overclock420@hotmail.com

719 351 0801