IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01791-PAB

DELBERT SGAGGIO, and ABSOLUTE NATURAL RIGHTS, a nonprofit corporation.,

Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General for the State of Colorado,

Defendant.

_____

PLANTIFFS REPLY TO DEFENDANT'S RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION
_____

I DELBERT SGAGGIO PRO SE, respond to DEFENDANT'S RESPONSE TO MOTION FOR PRELIMINARY INJUCTION.

I am also responding for Absolute Natural Rights, a nonprofit corporation that has the same rights as an individual, and that is engaged in redress of the government, in concerns of both civil and natural rights.

I'm not a bar attorney, I do not belong to their club.  I would like to place on the record, facts that show, the Defendant and his counsel has already acted in bad faith.

The following comes form (Exhibit A) an Email sent to me, 7/28/2022.

> First, I'm told that you delivered a copy of the complaint to the Attorney General's office on Tuesday. Unfortunately, under the federal rules of civil procedure, a party to a lawsuit cannot serve a complaint and summons. A summons must be served by a "person who is at least 18 years old and not a party" to the case.
>
> I spoke with my client, though, and we are willing to waive service in order to save you the hassle of having to find someone to re-serve the complaint and summons. You can find a copy of the waiver form here: https://www.uscourts.gov/forms/notice-lawsuit-summons-subpoena/waiver-service-summons

All of this is a lie. I brought an individual to serve the lawsuit. The attorney general's office don't know me, they've never met me. This is a scam to get more time, and or extend the violations my fundamental rights.

Furthermore the attorney general's office specifically "James Cornwell" was playing games when I attempted to serve the lawsuit. This is documented in a reply I sent to counsel Peter Bowman. (Exhibit B)

I am a very respectful person. I afford respect, to anyone who respects me. However I have been disrespected by the Attorney General's Office. Throughout this complaint the Attorney General's Office will be known as the Government, however it would be just as accurate, to label them as a bunch of lying little Bitches. These public servants took an oath to defend my Constitution, yet once again, I am treated like a second class citizen.

**Defendant argues:** Despite challenging a criminal statute, the Large Capacity Magazine Ban ("LCM Ban") codified at § 18-12-302, C.R.S. (2022), Plaintiffs sue the Attorney General. But under Colorado law, the state's district attorneys, not the Attorney General, are charged with enforcing the LCM Ban. Because dismissal is appropriate under the Eleventh Amendment, Plaintiffs' Motion for a Preliminary Injunction should be denied.

Indeed I do believe once again the government is deviating from the truth. The following screenshot, from Phil Weisers Colorado attorney general page, states part of his focus is to "Defending the laws and officers of the State of Colorado from legal challenge."

Yet now the Government, Claims I should have took actions against District Attorneys. It also states that they are focused on "Upholding the United States and Colorado Constitutions." However by not respecting my demands to honor his oath, and trying to protect § 18-12-302,

C.R.S. (2022), with lies, its clear Defendant Phil Weiser has no intention of "Upholding the United States and Colorado Constitutions"



1

**Defendant argues:** And even if Defendant were a proper party, an injunction is still inappropriate. Plaintiffs seek a disfavored injunction that will disrupt the status quo and provide them with all the relief they seek.

I don't care how many well paid, well seasoned, well dressed attorneys, you have on your team. You can talk out the side of your neck all you want about a "status quo" it will never supersede my natural rights.

**Fuck your Status Quo, here is the Clearly Established Law.**

---

[1] https://coag.gov/about-us/

Thus, the particular phraseology of the constitution of the United States confirms and strengthens the principle, supposed to be essential to all written constitutions, that a law repugnant to the constitution is void; and that *courts*, as well as other departments, are bound by that instrument.

The rule must be discharged.

*Marbury v. Madison*, 5 U.S. 137, 180 (1803)

**Defendant argues:** Finally, the public interest in continued enforcement of the LCM Ban—which was passed in direct response to "the Aurora Theatre shooting in 2012, as well as other mass shootings inside and outside Colorado," Colo. Outfitters Ass'n v. Hickenlooper, 24 F. Supp. 3d 1050, 1072 (D. Colo. 2014)—is at its zenith.

Who the hell did I shoot?  How are we safer by, the Government violating my rights. Do you know how stupid this sounds. The Government applys a political agenda to violate my rights. There is no public interest, in the Government violating my Fundamental right to self-defense. Show me where there is a historical tradition, that if some one else commits a crime, I should be punished for it.  Your public interest is bullshit. The truth is you lack text, history and tradition. Because of this the government has no leg to stand on, the government stands on political agenda, fear mongering and Bullshit.

> The Court employs and elaborates on the text, history, and tradition test that Heller and McDonald require for evaluating whether a government regulation infringes on the Second Amendment right to possess and carry guns for self-defense. See District of Columbia v. Heller, 554 U. S. 570 (2008); *McDonald v. Chicago*, 561 U. S. 742 (2010).
>
> *NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC., ET AL., PETITIONERS v. KEVIN P. BRUEN, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF NEW YORK STATE POLICE, ET AL.*

## 11th Amendment immunity

The Supreme Court's decision in *[Ex Parte Young, 209 U.S. 123 (1908)](#)*, stands for the principle that sovereign immunity does not prevent people harmed by state agencies acting in violation of federal law from suing the officials in charge of the agencies in their individual capacity for injunctive relief.

I am not suing for money. I'm suing because § 18-12-302, C.R.S. violates federal law and I am asking for injunctive relief.

## Legal Standard

Plaintiffs seeking a preliminary injunction must establish (1) a substantial likelihood of success on the merits, (2) that they will suffer irreparable injury if the preliminary injunction is denied, (3) that the threatened injury outweighs the injury caused by the injunction, and (4) that an injunction is not adverse to the public interest. Winter v. Nat. Res. Def. Council, Inc., 555 U.S. 7, 20 (2008). Where, as here, the Government is the party opposing the motion, the last two factors merge. Nken v. Holder, 556 U.S. 418, 435 (2009).

   (1) a substantial likelihood of success on the merits,

   *NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC., ET AL., PETITIONERS v. KEVIN P. BRUEN, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF NEW YORK STATE POLICE, ET AL. District of Columbia v. Heller,* 554 U. S. 570 (2008); *McDonald v. Chicago*, 561 U. S. 742 (2010). All support my injunction. I will succeed on the merits.

   (2) that they will suffer irreparable injury if the preliminary injunction is denied.

   I sent a notice on 7/13/2022 to Phil Weiser. I Demanded him to fix 18-12-302. This is documented in my Preliminary injunction.

   Colorado Revised Statue 18-12-302. Large-capacity magazines prohibited - penalties exceptions. is unconstitutional and in direct conflict with NEW YORK STATE RIFLE &PISTOL ASSOCIATION,INC., ET AL. v. BRUEN, SUPERINTENDENT OF NEW YORK STATE POLICE, ET AL. Further more your unconstitutional law restricts me, from using the internet to purchase Standard capacity 30 round Magazines.

   It is now demanded that public servant Phil Weiser honor his oath and give directions to all Law enforcement, that Colorado Revised Statue 18-12-302. Large-capacity magazines prohibited - penalties exceptions: is unconstitutional and will no longer be enforced. ==Furthermore it is demanded that Phil Weiser takes the proper steps so that Internet gun companies, will be able to ship weapons to Colorado as the manufacturer intended them.== That unconstitutional magazine limits, will no longer affect my ability to safely defend myself and my family. (Doc 2 P. 5)

5

I am being injured as we speak. I cannot purchase the following commonly used firearms (Taran Tatical Sand Viper, and Sig P.365 X Macro.) off the internet or locally because they have magazines with over 15 round capacity.





**I am not a Second Class Citzen and the Second Amendment is not a second class right yet this infringement continues.**

The loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." *Elrod v Burns,* 427 U.S. 347, 373 (1976).

> The constitutional right to bear arms in public for self-defense is not "a second-class right, subject to an entirely different body of rules than the other Bill of Rights guarantees." *McDonald*, 561 U. S., at 780 (plurality opinion).

7

> We know of no other constitutional right that an individual may exercise only after demonstrating to government officers some special need. That is not how the First Amendment works when it comes to unpopular speech or the free exercise of religion. It is not how the Sixth Amendment works when it comes to a defendant's right to confront the witnesses against him. And it is not how the Second Amendment works when it comes to public carry for self-defense.
>
> *NEW YORK STATE RIFLE &PISTOL ASSOCIATION,INC., ET AL. v. BRUEN, SUPERINTENDENT OF NEW YORK STATE POLICE, ET AL.*

(3) that the threatened injury outweighs the injury caused by the injunction,

> Every minute that 18-12-302, C.R.S. (2022) is on the books and being enforced, is an infringement of my fundamental rights. There is no injury to the Government. The law is fucking Bullshit, and does nothing for public safety.

(4) that an injunction is not adverse to the public interest.

> 18-12-302, C.R.S. (2022) is actually detrimental to the public, and the sooner it is repealed the better. Only idiots would believe that criminals should have superior capacity and superior firepower over law abiding Americans. Law abiding Americans will follow the law, however criminals never follow the law. Remember when they made drugs illegal, boy that sure stopped everybody from doing drugs.

It's a beautiful Saturday and I'm gonna go teach my youngest son how to drive today. My preliminary injunction has plenty of relevant law, that will blow all of the Defenses inferior arguments and inferior laws out of the water. I personally feel I have destroyed anything the defense has thrown at me. I'm going to leave the government with a common sense, analogy.

A pride of lions did kill a water Buffalo and her calf last week. As a result a group of water Buffalo who were democratically elected, decided that all water Buffalo, would turn in their horns. This is for the safety of all water Buffalo, and is a matter of public interest.



[2]

The government has fell off the Mutherfucking dumb tree and hit every Fucking branch, Twice.

Every American should ask why the government is so obsessed with disarming the American public.

---

[2] Redit

## **In conclusion**

I am not a second class citizen, the Second Amendment is not a second class right, it's about time Phil Weiser honors his oath, and quits disrespecting his bloodline. We manifest that the The Honorable Court, grants our preliminary injunction and banishes Unconstitutional 18-12-302, C.R.S. from this earth and our reality.

Dated 8/13/2022

Delbert Sgaggio, I am the EAGLE

5219 Constitution Ave Colorado Springs,

Colorado 80915

Overclock420@hotmail.com

719 351 0801

CERTIFICATE OF SERVICE I hereby certify that on August 13, 2022, I served a true and complete copy of the foregoing Plantiffs Rely to DEFENDANT'S RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows: peter.baumann@coag.gov