IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO


Civil Action No.

DELBERT SGAGGIO

And

Absolute Natural Rights


          Plaintiff,

v.

PHIL WEISER COLORADO ATTORNEY GENERAL

ALEXIS FALCON

P.L. FARMER

CITY OF COLORADO SPRINGS

Defendants

---

## AMENDED COMPLAINT

---

Pro Se I Delbert Sgaggio and Absolute Natural Rights respectfully brings the following

complaint.

Exhibit A is The Racist Origins of US Gun Control

Exhibit B is the Notice to Phil Weiser

Exhibit C is the Strike through version of the Amended Complaint.

## **Introduction**

I am a journalist, 1st Amendment activists, self proclaimed Police accountability expert, spiritual guide, Constitutional alchemist, quantum mechanic and cofounder of an Indigenous House of worship in Colorado Springs.  Above all else I am an American, who has been brought here by the Universe to protect the <u>Constitutional Republic</u>.

 The world we live in becomes crazier by the minute.  Advances in technology mainly smart phones, have intertwined media and data with our everyday lives. Information flows freely and effortlessly, we are living in an Enlighted time.  But also a violent time, Mass shooting at schools and churches have become disgustingly common. Its very clear when it comes to Self Defense, hoping the police will save you is not an Option.



Surveillance footage from Robb Elementary School in Uvalde, Texas, shows officers retreating from gunfire and waiting for 77 minutes before confronting the gunman. The delayed police response has been widely criticized and is under investigation. The New York Times

[1]

## **PARTIES**

Delbert Sgaggio is a citizen of the United States and State of Colorado. Delbert Sgaggio was born on the Airforce Academy, he is a native of Colorado Springs and the State of Colorado. Mr. Sgaggio had been a resident of Colorado his entire life.

Phil Weiser was and is the Attorney General of Colorado, and is a resident of Colorado during the relevant times of this complaint.

---

[1] https://www.nytimes.com/2022/07/13/us/uvalde-police-video.html

ALEXIS FALCON is a Colorado Springs police officer and a resident of Colorado during relevant time of this complaint.

P.L. FARMER is a Colorado Springs police officer and a resident of Colorado during relevant time of this complaint.

CITY OF COLORADO SPRINGS is the Colorado municipality during the relevant times of this complaint.

## JURISDICTION AND VENUE

 This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1441. This action is authorized and instituted pursuant to 42 U.S.C. § 1983 and Colorado Law. Venue is proper in the District of Colorado pursuant to 28 U.S.C. § 1391(b).

## FACTUAL ALLEGATIONS

I am able to purchase firearms. I am not a felon, and I have never been charged with a domestic violence. I have no mental defects, that would deem me a danger to my self or others.  I have lived in Colorado Springs my entire life.

## **Absolute Natural Rights**

I had noticed that crime was rising, and police were unwilling to help me when I called. A homeless man was throwing rocks at the front glass door of our house of worship. When I told the homless man to stop, he told me "I will Torch that mutha fucker, Ill burn that bitch to the ground". Knowing the threat could be consider a hate crime I called 911.  Cops show up for 5 minutes , would not make contact with the homeless Guy, who made the threat, and would not make contact with me, and then police left.   The same homeless man came back years later and kicked a hole in our wall. At this time lots, of home invasions videos, were being shown on you tube. I have also lived through a home invasion so has my oldest son.  I also owned at least 10 Colorado licensed businesses at the time. I have had to deal with 22 burglaries, and 4 armed robberies.  Colorado Springs police never did anything for us. Denver police did solve an armed robbery and a burglary at our Denver location.

Absolute Natural Rights Is a nonprofit corporation that was formed on 3/11/2019 by me as an as a tool, instrument, that I would use to fight unconstitutional laws that were being applied against We The People.  At the time I had planned to put on the ballot a constitutional self-defense bill. I began to calculate how much money I would have to raise to get signatures, I would need to place it on the ballot, and put it to a vote of the people.  This way the voice of WE The People could be heard.   This would restore the rights to Coloradoans. Magazine restrictions severely impact our communities natural right to self-defense. As I said I am connected with the Universe, and it seems that the Supreme Court has done most of the heavy lifting. The intention of the nonprofit Absolute Natural Rights was and is to remove the 15 round magazine band. It is destiny that this nonprofit corporation, which is recognized as an individual under federal law, is

a party in this redress to the government. Absolute Natural Right or ANR for short was registered with the Colorado Secretary of state, and is in Good Standing. At the time of the formation of ANR I also registered it with the IRS. ANR has received no money donations during its entire existence. ANR has no Lawyers, staff, or money.  But ANR does have two bad ass logos, and an Angry Gook Named Delbert Sgaggio running it, AKA the Constitutional Vato.



### MY SINCERELY HELD SPIRITUAL BELIEFS

Growing up my mother was a devout Catholic, she would bring flowers to Saint Mary's cathedral every weekend. I would usually helper with this since she had arthritis and the vases and flowers were heavy. However I lost my faith at an early age. I grew up in the deadliest neighborhood in Colorado. Between gang violence, constant police intimidation, harassment and racism, I ask myself if there is a god why would he let us live like this. Watching my father deal with alcoholism, demons and depression resulting from his service in both Vietnam and Korea broke my heart daily.  I watch the 1994 crime bill destroy my community. I watch children grow up with no fathers. I seen families destroyed, as well as my community. It seemed as if almost everyone, I knew was being sent to prison. Some had over 5 grams of crack. Some had Firearms,

Some had both. Federal sentences were being handed out like candy.  During these times I did not believe in God, and I was not afraid of the Devil. Simply put I felt I was living in a hell on earth. So why the hell, would the threats of going to hell scare me.

I began to study spirituality because of my wife. My wife is indigenous. Both of her grandmothers were Native American healers who used plants as medicine. My wife has studied in Central America and is a Mayan Priestess. My Spiritual practice, as well as the founding of our Indigenous House of worship is a sincerely held spiritual belief of mine.  My spirituality also became stronger when I found out that it is based on quantum physics, and governed by the rules of karma.

I'm already considered under the constitution to be part of a protected class under the 14th amendment since I am Asian. My practicing of spirituality also puts me in a minority group, since the majority of the individuals in Colorado Springs are white Christians. It is common sense that without the protections of the Constitution the practicing of my spirituality could not take place.  Indeed the government has a history of targeting non-Christian Indigenous Americans.  The Spiritual activity of Ghost dancing, scared the U.S. Government, and went hand and hand with Gun Control, that targeted Native Americans. The History and Tradition of Gun Control in America is based off of Racism.

It is my sincerely held spiritual belief that, I have the right to self-defense and to also defend those who practice spirituality with me. It is also my sincerely held spiritual belief that firearms are necessary for this, and that any type of magazine restrictions, would put me at a tactical disadvantage and violate my fundamental right to self-defense.

It is also my sincerely held spiritual belief that I must defend the Constitution, and the Constitutional Republic.  This is fundamentally important so that my children who are minorities can live free with liberty. It is also required so that I myself and others can continue to practice our indigenous spirituality.

### **History of LCM ban in Colorado**

On July 20, 2012, a gunman shot and killed 12 people – and injured dozens more – in an **Aurora** movie theater. The gunman used a magazine that held **100 rounds** of ammunition.

A year after the Aurora Theater Shooting, Gov. John Hickenlooper signed House Bill 13-1224 limiting magazines to **15 rounds**. Lawmakers – including Senate Democrat Sen. Rhonda Fields – meant to prevent further **mass shootings** and promote public safety through gun control. The **new law** was also supported by Attorney General Phil Weiser.

Colorado Revised Statutes Title 18. Criminal Code § 18-12-302. Large-capacity magazines prohibited--penalties—exceptions

(1)(a)  Except as otherwise provided in this section, on and after July 1, 2013, a person who sells, transfers, or possesses a large-capacity magazine commits a class 2 misdemeanor.

(b)  Any person who violates this subsection (1) after having been convicted of a prior violation of said subsection (1) commits a class 1 misdemeanor.

(c)  Any person who violates this subsection (1) commits a class 6 felony if the person possessed a large-capacity magazine during the commission of a felony or any crime of violence, as defined in section 18-1.3-406 .

(2)(a)  A person may possess a large-capacity magazine if he or she:

(I)  Owns the large-capacity magazine on July 1, 2013;  and

(II)  Maintains continuous possession of the large-capacity magazine.

(b)  If a person who is alleged to have violated subsection (1) of this section asserts that he or she is permitted to legally possess a large-capacity magazine pursuant to paragraph (a) of this subsection (2), the prosecution has the burden of proof to refute the assertion.

(3)  The offense described in subsection (1) of this section shall not apply to:

(a)  An entity, or any employee thereof engaged in his or her employment duties, that manufactures large-capacity magazines within Colorado exclusively for transfer to, or any

licensed gun dealer, as defined in [section 18-12-506(6)](#) , or any employee thereof engaged in his or her official employment duties, that sells large-capacity magazines exclusively to:

(I)  A branch of the armed forces of the United States;

(II)  A department, agency, or political subdivision of the state of Colorado, or of any other state, or of the United States government;

(III)  A firearms retailer for the purpose of firearms sales conducted outside the state;

(IV)  A foreign national government that has been approved for such transfers by the United States government;  or

(V)  An out-of-state transferee who may legally possess a large-capacity magazine;  or

(b)  An employee of any of the following agencies who bears a firearm in the course of his or her official duties:

(I)  A branch of the armed forces of the United States;  or

(II)  A department, agency, or political subdivision of the state of Colorado, or of any other state, or of the United States government; or

(c)  A person who possesses the magazine for the sole purpose of transporting the magazine to an out-of-state entity on behalf of a manufacturer of large-capacity magazines within Colorado.

**<u>Colorado Revised Statutes Title 18. Criminal Code § 18-12-302. Large-capacity magazines prohibited--penalties—exceptions,</u>** is unconstitutional and in direct conflict With Clearly establish law, NEW YORK STATE RIFLE & PISTOL ASSOCIATION,INC., ET AL. v. BRUEN, SUPERINTENDENT OF NEW YORK STATE POLICE, ET AL

**PHIL WEISER**

**EXHIBIT B IS A DEMAND TO RECTIFY NOTICE.**

The following is an excerpt from that notice:

Colorado Revised Statue 18-12-302. Large-capacity magazines prohibited - penalties – exceptions. is unconstitutional and in direct conflict with NEW YORK STATE RIFLE & PISTOL ASSOCIATION,INC., ET AL. v. BRUEN, SUPERINTENDENT OF NEW YORK STATE POLICE, ET AL.

Further more your unconstitutional law restricts me, from using the internet to purchase Standard capacity 30 round Magazines.

 It is now demanded that public servant Phil Weiser honor his oath and give directions to all Law enforcement, that Colorado Revised Statue 18-12-302. Large-capacity magazines prohibited - penalties – exceptions is unconstitutional and will no longer be enforced. Furthermore it is demanded that Phil Weiser takes the proper steps so that Internet gun companies, will be able to ship weapons to Colorado as the manufacturer intended them. That unconstitutional magazine limits, will no longer affect my ability to safely defend myself and my family.

Defendant Weiser did not act on my Demand Notice. As a result of his inaction I have been injured.

I am going to Tell Mr. Weiser respectfully, in the Kings English, in very simple terms. That the Magazine is part of a Firearm, therefore The Magazine gets the same protection as that Firearm. By banning a specific styled Magazine you have violated my Fundamental 2nd Amendment Right.

Furthermore there are millions, upon millions of magazines, that hold over 15 rounds in current use by the general law abiding public. Making these magazines commonly used and protected by the 2nd amendment.

Finally and interest balancing inquiry akin. to intermediate scrutiny is rejected as a proper test to gun law constitutionality.

The test that the Court set forth in Heller, and applies today requires courts to assess, whether modern firearms regulations, are consistent with the Second Amendment's text, and historical understanding.

### Defendant Phil Weiser is a proper defendant

Information on the Colorado Attorney General page, shows Phil Weiser is a proper defendant.

Defendant Phil Weiser is connected in multiple ways with enforcement of § 18-12- 302, C.R.S. (2022),

Defendant Phil Weiser defended the law in 2019 and 2020.

Defendant Phil Weiser works concurrently with Colorado's 22 district attorneys and other local, state and federal law enforcement  to enforce § 18-12- 302, C.R.S. (2022),

The POST Board is chaired by Defendant Weiser showing that he has a hand in the training for the enforcement of § 18-12- 302, C.R.S. (2022),

**All gun laws are racist**

Exhibit A is "The Racist Origins of US Gun Control" is 12 pages that shows the History of Racists gun laws.

Indeed Gunlaws have always been used for a white supremacy agenda. The enforcement of these laws is racism in its purest form. Gun laws lock up minorities, for longer periods of time and do destroy our communities.  Since middle age men are put in prisons, and their families are force on to welfare and government aid. This is the pushing of a racist political agenda that has destroyed large inner cities in America.

Colorado Springs Police Department Defendants

On 8/15/22 I walked into sand Creek division and had a conversation, with who I believe to

be was a Lieutenant. The name tag reads P.L. Farmer. After a brief conversation my 21

capacity Sig X5 magazine was seized.



I then waited in the lobby for around an hour. I did some meditating and did some push-ups.

Patrol Officer Alexis Falcon did show up and give me a citation.



3141268-7

## UNIFORM SUMMONS AND COMPLAINT / PENALTY ASSESSMENT ____ of ____

| | | |
|---|---|---|
| Accident/Case Number | `22-3063a` | Y/N |

( ✗ ) Colorado Springs Police Dept.   ( ) Other   ( ) Fingerprinted?   ( ) Photographed?
( ) Municipal Court   ( ) El Paso County Court   ( ) El Paso County **Juvenile** Court Room W250 (See Below)
FOR OFFICIAL USE ONLY ( ) Municipal Court Re-Service
( ) Traffic ( ) Non Traffic ( ) Minor Operator ( ) Adult Operator ( ) **Juvenile (Parent must appear)**

| MNI | Booking Number |
|---|---|

DRUGS / ALCOHOL / GANGS / HATE CRIMES / FIREARMS
AGGRESSIVE DRIVING / NTU INTERSECTIONS

| SHO/DI | Interpreter Needed? |
|---|---|
| N/A | |

### THE PEOPLE OF THE STATE OF COLORADO, CITY OF COLORADO SPRINGS vs:

| First Name DELBERT | Middle Name ELMER | Last Name SGAGGIO JR. | DOB 7/8/76 | Age |
|---|---|---|---|---|

| Address 5219 Constitution Ave. | City Colorado Springs | State CO | Zip Code 80910 | Gang Y N | Registered Sex Offender Y N |
|---|---|---|---|---|---|

| Home Phone | Probation/Parole Officer Name | Gang Set |
|---|---|---|

| Employer / School | Address | City | State | Work Phone |
|---|---|---|---|---|

| Drivers License Number | Presented? ✗ N | State CO | Race W | Sex M | Hgt 508 | Wgt | Hair | Eyes | Skin Tone | SSN 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 |
|---|---|---|---|---|---|---|---|---|---|---|

| Aliases | Scars/Marks/Tattoos | Place of Birth |
|---|---|---|

| Vehicle License Number | State | Lic Year | Veh Year | Make | Model | Type or Body Style | Veh Color | Driver ( ) Passenger ( ) | Aggressive Driving Y N |
|---|---|---|---|---|---|---|---|---|---|

| V.I.N. (last 4) | Evidence | MNI Photos | Weapon Used | Weapon Description / Trailer Description |
|---|---|---|---|---|

### YOU ARE HEREBY DIRECTED TO APPEAR AS INDICATED

( ✗ ) El Paso Combined Court — First Appearance Center (phone number on back)
270 S. Tejon Street, Room W119, Colorado Springs, Colorado on the **17** DAY OF **Oct** 20**22** at **10:00** A.M./P.M.
(date)   (month)   (year)

*Failure to pay fine/penalty or appear in court may result in a bench warrant for your arrest and/or your driver's license being revoked.*

**SEE BACK FOR INSTRUCTIONS**   If this date falls on a day when the court is closed, including weekends and holidays, you are to appear on the next business day.
TO ANSWER CHARGES OF VIOLATIONS OF: ( ✗ ) 1973 CRS as amended ( ) Colorado Children's Code ( ) The code of the City of Colorado Springs, 2001, as amended

| Charge No. 1 | Section 13-12-302(1)(a) | Title Large-Capacity mag. prohibited | Com. Code | Fine/Penalty | Surcharge | Points |
|---|---|---|---|---|---|---|
| | | | | | | FELONY ( ) MISD ( ) |

Description Defendant was in poss. of a large capacity magazine

| Charge No. 2 | Section | Title | Com. Code | Fine/Penalty | Surcharge | Points |
|---|---|---|---|---|---|---|
| | | | | | | FELONY ( ) MISD ( ) |

Description

| Victims Brochure ( ) | Companion Summons Numbers | TOTAL TO BE PAID BY MAIL $ | TOTAL POINTS |
|---|---|---|---|

| APPROXIMATE LOCATION OF VIOLATION: Located in Colorado Springs, El Paso County, Colorado | Violation. Mo. Day/ Yr | Approx. Time of Violation |
|---|---|---|

| CUSTODY / SERVICE / LOCATION | Service Mo. Day Yr | Approx. Time |
|---|---|---|

( ✗ ) NON PAYABLE SUMMONS   ( ) TRAFFIC   ( ✗ ) CRIMINAL

WITHOUT ADMITTING GUILT, I HEREBY PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED AND I ACKNOWLEDGE RECEIPT OF THIS SUMMONS AND COMPLAINT.

( ) PAYABLE SUMMONS OR PENALTY ASSESSMENT
UPON PAYMENT WITHIN 20 DAYS, I WAIVE ALL RIGHTS LISTED ON THE REVERSE, I ACKNOWLEDGE THAT THE POINTS INDICATED ABOVE WILL BE ASSESSED AGAINST MY DRIVERS LICENSE OR, FOR A CRIMINAL CHARGE, REPORTED TO MY CRIMINAL RECORD(S). IF I DO NOT MAKE PAYMENT WITHIN 20 DAYS, I AM NOT ADMITTING GUILT AND HEREBY PROMISE TO APPEAR AS INDICATED ABOVE.

DEFENDANT _____

DEFENDANT _____   PARENT _____
(IF DEFENDANT UNDER THE AGE OF 18)

### JUVENILE COMPLAINT AND REFERRAL

YOU ARE REQUIRED TO APPEAR IN ROOM #W250 OF THE EL PASO COUNTY COURT 270 S. Tejon Street ON THE ____ DAY OF ____ 20 ____ AT 9:00 A.M.
With my signature below, I also acknowledge I read the special rights and requirements for minors (found on the reverse side of this document).

CHILD'S SIGNATURE _____   PARENT'S SIGNATURE _____

DATE/TIME _____   DATE/TIME _____

| Parents Notified? | Date: | Time: | AM/PM | Officer | NO: |
|---|---|---|---|---|---|

| Mother's Name / Address | Home Phone | Work Phone |
|---|---|---|

| Father's Name / Address | Home Phone | Work Phone |
|---|---|---|

| Guardian's Name / Address | Home Phone | Work Phone |
|---|---|---|

| Interviewed Y N | PRINT Name of Parent / Guardian present during interview |
|---|---|

( ) Defendant Held in Custody   ( ) EL PASO COUNTY CRIMINAL JUSTICE CENTER   ( ) SPRING CREEK JUVENILE DETENTION CENTER

( ✗ ) Defendant released on Promise to Appear

The Undersigned have probable cause to believe that the defendant committed the offense(s) against the peace and dignity of the people of the State of Colorado, City of Colorado Springs and certify that this Summons and Complaint was signed and served upon the defendant at the location and on the date referenced above.

| OFFICER _____ / _____ NO. _____ | OFFICER _____ | Falcon Print Last Name | NO. 6364 Badge Number |
|---|---|---|---|
| Officer Signature   Print Last Name   Badge Number | | | |

| COMPLAINING WITNESS _____ | SERVED BY _____ Falcon Officer Signature | Print Last Name | NO. 6364 Badge Number |
|---|---|---|---|

### DEFENDANT-COUNTY

09/10

3141268

3141268

## CLAIM ONE

**42 U.S.C. § 1983 – Second Amendment and 14th Amendment.**

(All Defendants)

I hereby incorporate all other paragraphs of this Complaint as if fully set forth herein.

At all times relevant to this Complaint, Phil Weiser, ALEXIS FALCON and

P.L. FARMER were acting under the color of law.

Colorado Revised Statutes Title 18. Criminal Code § 18-12-302. Large-capacity magazines

prohibited--penalties--exceptions

(1)(a)  Except as otherwise provided in this section, on and after July 1, 2013, a person who sells,

transfers, or possesses a large-capacity magazine commits a class 2 misdemeanor.

This criminal code is unconstitutional and a violation of my Fundamental Second amendment

right.

Without protection of the components that render a firearm operable, the Second Amendment

would be meaningless. A magazine is a "Bearable Arms" under Heller.

Magazines that hold over 15 rounds  are "typically possessed by law-abiding citizens for lawful purposes." Heller, 554 U.S. at 625 they are not dangerous or unusual.

Looking at the historical record, large-capacity magazines are clear modern-day equivalents of arms in common use by the incorporation of the Second Amendment and are, thus, entitled to constitutional protection.

The first known firearm capable of firing more than 15 rounds without reloading was a 16-shooter invented in 1580, this shows both History and Tradition.

**CLAIM two**

**42 U.S.C. § 1983 – First Amendment**

**Free Exercise**

(Defendants ALEXIS FALCON, P.L. FARMER and the City of Colorado Springs)

**It is my sincerely held spiritual belief that I have the right to self-defense.**

I hereby incorporate all other paragraphs of this Complaint as if fully set forth herein.

The First Amendment of the United states constitution protects my spiritual beliefs and my right to freely exercise my spirituality.

At all times relevant to this Complaint, ALEXIS FALCON and

P.L. FARMER were acting under the color of law.

Colorado Revised Statutes Title 18. Criminal Code § 18-12-302 violates my sincerely held spiritual belief.

It restricts the tools and instruments, I may use to defend myself, my family, my House of worship and most importantly the Constitutional Republic.

The denial of Magazines do impede my enjoyment of my spiritual activities.

 The taking of my 21 round Sig magazine, By ALEXIS FALCON and

P.L. FARMER did violate my rights under the First Amendment to freely exercise.

The citation I did receive from Alexis Falcon did have a chilling effect on my Free exercise.

**CLAIM THREE**

**42 U.S.C. § 1983 –**

**Fourth Amendment Unlawful Seizure of Property**

(Defendants ALEXIS FALCON, P.L. FARMER and the City of Colorado Springs)

**Plaintiff hereby incorporates all other paragraphs of this Complaint as if fully set forth herein.**

**Defendants were working under the color of law**

**I during all relevant times at this complaint have a protected 4th amendment interest against**

**unreasonable government seizures of my property.**

Defendants, were acting in concert with one another, when my 21 round sig magazine was seized.

Defendants did not at any time have a warrant authorizing seizure of my property.

**CLAIM FOUR**

**Colorado Revised Statutes 13-21-131. Civil action for deprivation of rights**

Section 7. *Security of person and property,  searches,  seizures, warrants*.

(ALEXIS FALCON and P.L. FARMER)

All statements of fact set forth previously are hereby incorporated into this claim as though set forth fully herein.

QUALIFIED IMMUNITY IS NOT A DEFENSE TO LIABILITY PURSUANT
TO THIS SECTION.

ALEXIS FALCON and P.L. FARMER Did violate Section 7. *Security of person and property, searches, seizures, warrants*. Specifically seizure of property.

ALEXIS FALCON and P.L. FARMER seize my property, unlawfully using unconstitutional § 18-12-302

The property seized was protected by the 2nd amendment and was commonly used for self-defense

ALEXIS FALCON and P.L. FARMER are peace officers and are POST certified.

**CLAIM FOUR**

**Colorado Revised Statutes 13-21-131. Civil action for deprivation of rights**

Section 4. *Religious freedom.* The free exercise and enjoyment of religious profession and worship, without discrimination, shall forever hereafter be guaranteed; and no person shall be denied any civil or political right, privilege or capacity, on account of his opinions concerning religion;

(Defendants ALEXIS FALCON and P.L. FARMER)

All statements of fact set forth previously are hereby incorporated into this claim as though set forth fully herein.

The taking of my 21 round Sig magazine, By ALEXIS FALCON and

P.L. FARMER did violate my rights under the First Amendment to freely exercise.

The citation I did receive from Alexis Falcon did have a chilling effect on my Free exercise.

QUALIFIED IMMUNITY IS NOT A DEFENSE TO LIABILITY PURSUANT TO THIS SECTION.

ALEXIS FALCON and P.L. FARMER are peace officers and are POST certified .

I am in human form, as a human being, I am here to teach my soul (the energy in my body) so that my energy, may take this knowledge into the universe, when I connect to the universe, and finally when this body dies. However not being able to defend my body, means that my soul may not gain enough knowledge, to accomplish my spiritual tasks.

**Prayer for Relief**

I'm not looking for any monetary compensation from Defendant Phil Weiser.  I am asking that you grant my motion for a preliminary injunction.

As for other Defendants ALEXIS FALCON, P.L. FARMER and the City of Colorado Springs

Appropriate declaratory and other injunctive and/or equitable relief;

Compensatory and consequential damages, including damages for emotional distress, loss of reputation, humiliation, loss of enjoyment of life, and other pain and suffering on all claims allowed by law in an amount to be determined at trial;

All economic losses on all claims allowed by law;

Punitive damages on all claims allowed by law and in an amount to be determined at trial;

Any further relief that this court deems just and proper, and any other relief as allowed by law.



*The Flesh is Gone, But the Energy is Forever. Indigenous Spirituality.*

Dated 8/17/2022

Delbert Sgaggio

5219 Constitution Ave

Colorado Springs, Colorado 80915

Overclock420@hotmail.com

719 351 0801
