IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01791-PAB

DELBERT SGAGGIO, and
ABSOLUTE NATURAL RIGHTS,

    Plaintiffs,

v.

PHIL WEISER, Colorado Attorney General,
ALEXIS FALCON,
P.L. FARMER, and
CITY OF COLORADO SPRINGS,

    Defendants.

---

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on Defendant's Motion to Dismiss [Docket No. 11] filed by defendant Phil Weiser, Colorado Attorney General. Plaintiffs have filed an Amended complaint [Docket No. 13], which became the operative pleading in this action. In light of the amended complaint, the motion to dismiss is directed to an inoperative, superseded pleading. *See, e.g., Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) ("a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies" (internal quotation marks omitted)). As such, the motion to dismiss is moot. It is

    **ORDERED** that Defendant's Motion to Dismiss [Docket No. 11] is **DENIED without prejudice as moot**.

    DATED August 26, 2022.