# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01791-PAB

DELBERT SGAGGIO, and ABSOLUTE NATURAL RIGHTS, a nonprofit corporation.,
    Plaintiffs,
v.
PHIL WEISER, in his official capacity as Attorney General for the State of Colorado, ALEXIS FALCON, P.L. FARMER, and CITY OF COLORADO SPRINGS
    Defendants.

## ATTORNEY GENERAL'S REPLY IN SUPPORT OF MOTION TO DISMISS

The Attorney General provides notice that it stands on the arguments offered in its Motion to Dismiss the Amended Complaint [Doc. 21]. In Response to that Motion, Plaintiffs asked "that all claims against Phil Weiser be dismissed," and further that "the entire action be dismissed." [Doc. 29] at 3.

To the extent the Court considers this a request for dismissal under Fed. R. Civ. P. 41(a)(2), The Attorney General has no objection to that request. The Attorney General agrees that dismissal is appropriate, either for the reasons stated in his Motion to Dismiss or pursuant to Rule 41.

Dated: September 13, 2022

PHILIP J. WEISER
Attorney General

s/ Peter G. Baumann

*Peter G. Baumann*, Assistant Attorney General
1300 Broadway, Denver, CO 80203
Telephone: (720) 508-6152
Email: peter.baumann@coag.gov
*Attorney for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2022, I served a true and complete copy of the foregoing **ATTORNEY GENERAL'S REPLY IN SUPPORT OF MOTION TO DISMISS** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Delbert Sgaggio
overclock420@hotmail.com

*Plaintiff*

                                              *s/* Peter G. Baumann
                                              *Peter G. Baumann*