Civil Action No. 1:22-cv-01791-

DELBERT SGAGGIO

And

Absolute Natural Rights


    Plaintiff,

v.

PHIL WEISER COLORADO ATTORNEY GENERAL

ALEXIS FALCON

P.L. FARMER

CITY OF COLORADO SPRINGS

Defendants

---

UnOpposed MOTION FOR DISMISSSAL UNDER RULE 41.

Pro Se I Delbert Sgaggio Move the following for myself and for Absolute Natural Rights.

I did confer with Defendants Weiser's attorney on 9/14/2022 They are not Opposed to this motion.

## Rule 41. Dismissal of Actions

(a) Voluntary Dismissal.

(1) *By the Plaintiff.*

(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment;

I voluntary Dismiss ALEXIS FALCON, P.L. FARMER, CITY OF COLORADO SPRINGS, from case 1:22-cv-01791.

ALEXIS FALCON, P.L. FARMER, CITY OF COLORADO SPRINGS have violated and continue to violates my rights, however I am not able to get proper remedy, while ALEXIS FALCON, P.L. FARMER, CITY OF COLORADO SPRINGS are intertwined in Defense with the Attorney General of Colorado.

## Conclusion

I ask the honorable court to dismiss ALEXIS FALCON, P.L. FARMER, CITY OF COLORADO SPRINGS, From Civil Action 1:22-cv-01791.

Respectfully submitted this 15 th day of Sept, 2022.